IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| GRACE LEE,<br>　　　　Plaintiff,<br><br>vs.<br><br>DR. CAROL W. SHANKLIN, et al.,<br>　　　　Defendants. | )<br>)<br>)<br>)<br>) Case No. 12-2638-JAR-DJW<br>)<br>)<br>) |

**MOTION FOR EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b)(1) and D. Kan. Rule 6.1(a), Defendants respectfully request the Court extend the time for filing a Motion for Protective Order by seven (7) additional days, making such Motion due on or before December 9, 2013. In support of the requested extension, Defendants state the following:

1. Under this Court's Scheduling Order (Doc. 26), a Motion for Protective Order is due 21 days after mediation is completed (if no agreement is reached as to a Protective Order), making the Motion due December 2, 2013; hence, this request is timely.

2. There have been no extensions of this deadline.

3. Defendants' counsel attempted to contact Plaintiff's counsel by email and by phone but was unable to reach either Mr. Cohen or Mr. Hayden prior to the deadline for filing this Motion; therefore, their views on the requested extension are unknown.

4. Good cause exists for the requested extension. Although the mediation was conducted on November 11, 2013, follow-up activities have continued. The parties have also conferred but have so far been unable to agree on the protective order, necessitating a formal motion and supporting memorandum. In preparing the motion and memorandum,

1

additional issues and points requiring consideration and research appeared, including but not limited to the need to review local rule amendments recently posted on the Court's Website.  The time available for this task has been limited:  State Offices were closed for the Thanksgiving Holiday, November 28 and 29, 2013, shortening the available time, and the undersigned counsel has been subject to other obligations, including a Brief for a Tenth Circuit appeal in *Asebedo v. Kansas State University,* 13-3206, currently due on or before December 9, 2013 and completing discovery in *State of Kansas v. Nye,* 12C1053, Shawnee County District Court.

**WHEREFORE,** for the reasons set forth above, Defendants respectfully request the Court's order allowing an extension of time of seven (7) days for Defendants to file a Motion for Protective Order, making the Motion due on or before December 9, 2013.   A proposed Order will be submitted herewith.

          Respectfully submitted,

          OFFICE OF ATTORNEY GENERAL
          DEREK SCHMIDT

By:    s/ M.J. Willoughby
       M.J. Willoughby ¶14059
       Assistant Attorney General
       120 S.W. 10th Ave., 2nd Floor
       Topeka, KS 66612
       Phone: (785) 296-2215; Fax: (785) 291-3767
       Email: MJ.Willoughby@ksag.org
       Attorney for Defendants

**CERTIFICATE OF SERVICE**

   The undersigned certifies that on December 2, 2013, I electronically filed the foregoing and this Certificate of Service with the Clerk of the Court by using the CM/ECF system, which will send notification to:  Clifford Cohen and Austin B. Hayden, Counsel for the Plaintiff, Cohen McNeile & Pappas P.C., 4601 College Blvd., Suite 200, Leawood, KS 66211, at ccohen@smplaw.net and ahayden@cmplaw.net.

                 /s/ M.J. Willoughby
                 M.J. Willoughby