IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| GRACE LEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 12-2638-JAR-DJW |
| | ) | |
| CAROL W. SHANKLIN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION
FOR EXTENSION OF TIME**

COMES NOW Plaintiff Grace Lee, through counsel, and in response to Defendants' Motion for Extension of Time (Doc. 28) states that Plaintiff has no objection to the requested extension.

Respectfully submitted,
**COHEN McNEILE & PAPPAS P.C.**

/s/ Austin B. Hayden
Clifford A. Cohen         # 08681
Austin B. Hayden         #25258
4601 College Blvd., Suite 200
Leawood, KS  66211-1650
Telephone:   913/491-4050
Facsimile:     913/491-9318
ccohen@cmplaw.net
ahayden@cmplaw.net
ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of December, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notice of electronic filing to all participants in the CM/ECF System.

M.J. Willoughby, Assistant Attorney General

/s/ Austin B. Hayden
Austin B. Hayden         #25258